**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | : |
| | : Chapter 7 |
| DIGANGI FAMILY ENTERPRISES, INC., | : |
| | : |
| | : Case No. 08-12020 (BLS) |
| Debtor. | : |
| | : Related Docket No. 160 |
| | : |

**CERTIFICATE OF NO OBJECTION**
**REGARDING DOCKET NO. 160**

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the *FOURTH AND FINAL FEE APPLICATION OF MASTER, SIDLOW & ASSOCIATES, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSMENT OF EXPENSES AS ACCOUNTANTS TO JEOFFREY L. BURTCH* [Docket No. 160], filed on July 24, 2017. The undersigned further certifies that she has reviewed the Court's docket in these cases and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Trustee's Final Report and Application for Compensation, objections were to be filed and served no later than May 31, 2018.

It is hereby respectfully requested that the Order attached to the Application be entered at the earliest convenience of the Court.

LAW OFFICE OF SUSAN E. KAUFMAN, LLC

*/s/ Susan E. Kaufman*
Susan E. Kaufman, (DSB# 3381)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420
(302) 792-7420 Fax
skaufman@skaufmanlaw.com

Dated: June 1, 2018

Counsel to Jeoffrey L. Burtch, Chapter 7 Trustee